UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-21734-CIV-ALTONAGA/O'Sullivan

**MARCOS GARCIA-CALVO**,

    Plaintiff,
v.

**MONTERREY MONEY SERVICES, INC.**, *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. On May 7, 2015, the Court entered an Order in Actions Brought Under the Fair Labor Standards Act ("Order") [ECF No. 6]. The Order directed Plaintiff to file a statement of claim setting forth the amount, calculation, and nature of alleged unpaid wages by May 21, 2015. To date, Plaintiff has not filed a statement of claim or requested an extension of time within which to do so. It is therefore

**ORDERED AND ADJUDGED** that Plaintiff, Marcos Garcia-Calvo shall file his statement of claim by **May 29, 2015**. Failure to comply may result in dismissal without prejudice without further notice.

**DONE AND ORDERED** in Miami, Florida, this 22nd day of May, 2015.

*[signature]*
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record