UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  15-21734-CIV-ALTONAGA/O'Sullivan

MARCOS GARCIA-CALVO,

       Plaintiff,

v.

MONTERREY MONEY
SERVICES, INC., *et al.*,

       Defendants.

_____/

ORDER REQUIRING SCHEDULING REPORT
AND CERTIFICATES OF INTERESTED PARTIES[1]

The parties are directed to prepare and file a joint scheduling report, as required by Local Rule 16.1, by **July 9, 2015**.  In addition, by **July 9, 2015**, the parties, including governmental parties, must file certificates of interested parties and corporate disclosure statements that contain a complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party.  Throughout the pendency of the action, the parties are under a continuing obligation to amend, correct, and update the certificates.

**DONE AND ORDERED** in Chambers at Miami, Florida this 18th day of June, 2015.

_____
CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE

cc:    counsel of record

_____

[1] The parties must not include Judge Altonaga and U.S. Magistrate Judge O'Sullivan as interested parties unless they have an interest in the litigation.