UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-21734-CIV-ALTONAGA/O'Sullivan

**MARCOS GARCIA-CALVO**,

 Plaintiff,
v.

**MONTERREY MONEY SERVICES, INC.**, *et al.*,

 Defendants.
_____/

## ORDER

 **THIS CAUSE** came before the Court *sua sponte*. On May 7, 2015, the Court issued an Order [ECF No. 6], directing Plaintiff to file a statement of claim setting forth the amount of alleged unpaid wages, and the calculation and the nature of wages. The Order also directed Plaintiff to promptly serve a copy of the Order and Plaintiff's statement of claim on Defendants' counsel when counsel for the Defendants first appeared in the case, or at the time of filing if Defendants' counsel had already appeared. The Order instructed Defendants to file a response to the statement of claim within twenty (20) days of receiving service of Plaintiff's statement.

 Plaintiff filed a Statement of Claim on May 27, 2015 [ECF No. 11]. Defendants' counsel first appeared on June 17, 2015 [ECF No. 13]. To date, Plaintiff has not filed a notice indicating the date he served Defendants with his Statement of Claim, nor have Defendants filed a response to Plaintiff's Statement of Claim. Accordingly, it is

 **ORDERED AND ADJUDGED** that by **July 8, 2015**, Plaintiff shall file a notice indicating compliance with the Order and the date of service of his Statement of Claim on Defendants.

CASE NO. 15-21734-CIV-ALTONAGA/O'Sullivan

**DONE AND ORDERED** in Miami, Florida, this 2nd day of July, 2015.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record